# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-2768
L.T. Case No. 2000-CF-009760-A

———————————————

JARED MULLIKIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

3.800 Appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Jared Mullikin, Trenton, pro se.

No Appearance for Appellee.

December 23, 2024

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WALLIS, LAMBERT, and JAY, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————